**Order entered October 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01113-CV

### IN RE TRACI R. JONES AND SHARON M. COTTON, Relators

### Original Proceeding from Ellis County, Texas

## ORDER

Before Chief Justice Burns and Justices Partida-Kipness and Smith

Based on the Court's opinion of today's date, we **DISMISS** relators' Emergency Petition for Emergency Injunction Against Electronic Voting Systems for want of jurisdiction.

/s/    CRAIG SMITH
       JUSTICE